JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CYLYNT GROUP DAC,<br><br>Plaintiff,<br><br>vs.<br><br>MICHELE DE STEFANO, an individual domiciled in California,<br><br>Defendant. | Case No.: 2:20-CV-07237-MWF-(PJWx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Having considered the Stipulation of Dismissal filed by the parties to this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and finding good cause, this Court hereby GRANTS the request. This action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: November 16, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge